STEPHEN M. LOBBIN
sml@smlavvocati.com
SML AVVOCATI P.C.
888 Prospect Street, Suite 200
San Diego, California 92037
(949) 636-1391 (Phone)

*Attorney(s) for Plaintiff Rothschild Broadcast Distribution Systems, LLC*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC**, <br><br> *Plaintiff*, <br><br> v. <br><br> **DRIVE HEADQUARTERS, INC. d/b/a CAMERAFTP**, <br><br> *Defendant*. | CASE NO.: 3:21-cv-01121-JCS <br><br> **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

   Plaintiff Rothschild Broadcast Distribution Systems, LLC hereby voluntarily dismisses this action against Drive Headquarters, Inc. d/b/a CameraFTP without prejudice, pursuant to Rule 41(a)(1)(A)(i), with each party to bear its own fees and costs.

Dated: March 11, 2021                Respectfully submitted,

                                     */s/Stephen M. Lobbin*
                                     ***Attorney(s) for Plaintiff Rothschild Broadcast Distributions Systems, LLC***